```
AMANDA MARIE WADFORD          INTERNAL REVENUE SERVI        TRUIST BANK
5308 LOWERY RD                C/O US ATTORNEY               PO BOX 849
VICKSBURG, MS 39180           501 EAST COURT ST             WILSON, NC 27894
                              STE 4.430
                              JACKSON, MS 39201


THOMAS C. ROLLINS, JR.        MERIT HEALTH                  US ATTORNEY GENERAL
THE ROLLINS LAW FIRM, PLLC    794 ESTATE PLACE              US DEPT OF JUSTICE
P.O. BOX 13767                MEMPHIS, TN 38187             950 PENNSYLVANIA AVENW
JACKSON, MS 39236                                           WASHINGTON, DC 20530-00


ADVANCED RECOVERY SYST        MICHAEL BROOKS                VANDERBILT MORTGAGE
P.O. BOX 321472               1386 WRIGHT RD                ATTN: BANKRUPTCY
FLOWOOD, MS 39232             VICKSBURG, MS 39180           PO BOX 9800
                                                            MARYVILLE, TN 37802


AFFIRM, INC.                  MRS BPO, LLC                  WELLS FARGO
ATTN: BANKRUPTCY              1930 OLNEY AVE                ATTN: BANKRUPTCY
650 CALIFORNIA ST             CHERRY HILL, NJ 08003         PO BOX 10438
 FL 12                                                      DES MOINES, IA 50306
SAN FRANCISCO, CA 94108


AMERICAN HONDA FINANCE        MUTUAL CREDIT UNION
PO BOX 168128                 ATTN: BANKRUPTCY
IRVING, TX 75016              PO BOX 25
                              VICKSBURG, MS 39181


CONNEXUS CREDIT UNION         NELNET
ATTN: BANKRUPTCY              PO BOX 82561
PO BOX 8026                   LINCOLN, NE 68501
WAUSAU, WI 54402


CREDENCE RESOURCE             QUEST DIAGNOSTICS
ATTN: BANKRUPTCY              P.O. BOX 825
PO BOX 2300                   SOUTH WINDSOR, CT 06074
SOUTHGATE, MI 48195


DISCOVER FINANCIAL            ROADRUNNER ACCOUNT
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
PO BOX 3025                   5525 N MACARTHUR BLVD
NEW ALBANY, OH 43054          STE 660
                              IRVING, TX 75038


INTERNAL REVENUE SERVI        TOYOTA FINANCIAL
CENTRALIZED INSOLVENCY        ATTN: BANKRUPTCY
P.O. BOX 7346                 PO BOX 22171
PHILADELPHIA, PA 19101-7346   TEMPE, AZ 85285
```