**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
Amanda Marie Wadford,                                                                         CHAPTER 13
    Debtor                                                                                    CASE NO.: 25-02147-JAW

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO ABANDON
PROPERTY AGAINST THE DEBTOR AND CO-DEBTOR AND OTHER RELIEF**

    **COMES NOW**, Toyota Motor Credit Corporation ("Movant") a secured creditor herein, pursuant to 11 U.S.C. §§ 362, 554(b) and 1301 and moves for relief from the automatic stay, for abandonment and for other relief, and in support would show unto the Court the following:

    1.    Michael Coleman Brooks ("Co-Debtor") is liable on the debt with Debtor.

    2.    Movant holds a claim against the Debtor and Co-Debtor, which is secured by a 2021 GMC SIERRA , VIN: 1GT49PEY8MF164369 ("Property").  Copies of the contract and State of Mississippi Certificate of Title for a vehicle are attached hereto as Exhibits "A" and "B".

    3.    Movant has not been provided adequate protection with respect to its claim secured by the Property.

    4.    Upon information and belief, Debtor intends to surrender the Property.

    5.    Good and sufficient cause exists to lift, terminate and annul the automatic stay of 11 U.S.C. §§ 362 and 1301, and for the Property to be abandoned.

    6.    Movant requests that the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) be waived and that the order granting this Motion be effective immediately upon entry.  Good cause exists for this waiver due to Debtor abandoning and surrendering the Property, continued accrual of an increasing debt arrearage and ongoing violation of Movant's contractual rights.

**WHEREFORE**, Movant requests an order for relief from the automatic stay and to abandon property pursuant to 11 U.S.C. §§ 362, 1301 and 554, to terminate any other restraint against Movant exercising its rights as to its collateral and authorize Movant to take possession, sell, lease, or otherwise dispose of the Property, and to waive the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3).  Movant prays for such other and general relief as this Court may deem just.

    Respectfully submitted,

    **BENNETT LOTTERHOS SULSER**
    **& WILSON, P.A.**

    /s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:      (601) 944-0467
cbarbour@blswlaw.com

## **CERTIFICATE OF SERVICE**

      I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following and/or I mailed to the following:

Thomas Carl Rollins, Jr. at trollins@therollinsfirm.com

Torri Parker Martin at tpm@tpmartinch13.com

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

And I mailed via US Mail, postage prepaid, a copy to the following:

Amanda Marie Wadford
5308 Lowery Rd.
Vicksburg, MS  39180

Michael Coleman Brooks
5308 Lowery Rd.
Vicksburg, MS  39180

                                                               /s/ Charles Frank Fair Barbour