# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1GT49PEY8MF164369 | GMC | 2021 | SIERRA | PK | MS1859474176 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 02/04/2025 | | 8 | USED | PU | 59998 ACTUAL |

**OWNER(S)**
BROOKS, MICHAEL COLEMAN AND WADFORD, AMANDA
5308 LOWERY RD
VICKSBURG MS 39180-5806

**BRANDS**

**BENEFICIARY**

☐ Fully Autonomous Vehicle

**1ST LIENHOLDER**
TOYOTA MOTOR CREDIT CORPORATION
200 QUALITY CIR STE 100
COLLEGE STATION TX 77845-4457

**DATE:** 11/06/2024

**2ND LIENHOLDER**

**DATE:**

**MAIL TO:**
TOYOTA MOTOR CREDIT CORPORATION
200 QUALITY CIR STE 100
COLLEGE STATION TX 77845-4457

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____  BY _____
            (LIENHOLDER)                (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20 _____

2ND LIEN _____ BY _____
            (LIENHOLDER)                (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS THE **4TH** DAY OF **FEBRUARY** 20 **25**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972 and subject to the provisions thereof.

**CONTROL NUMBER**

MISSISSIPPI DEPARTMENT OF REVENUE

**VOID IF ALTERED**