**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
Amanda Marie Wadford,                                                        **CHAPTER 13**
         Debtor                                                         **CASE NO.: 25-02147-JAW**

**DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY [Dkt.    ]**

This matter is before the Court on the motion of Toyota Motor Credit Corporation

("Movant") for relief from the automatic stay of 11 U.S.C. § 362 and the co-debtor stay of 11

U.S.C. § 1301.  Movant represented to the Court that it served the motion in accordance with all

applicable rules.  No timely response was filed.  Accordingly, the motion is granted.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Movant is granted relief from

the automatic stay of 11 U.S.C. § 362 and the co-debtor stay of 11 U.S.C. § 1301 and the

property is abandoned to Movant pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code as to

the following property:  2021 GMC SIERRA , VIN: 1GT49PEY8MF164369.

**##END OF ORDER##**

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com