# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**
**Amanda Marie Wadford,**                                                                       **CHAPTER 13**
      **Debtor**                                                                         **CASE NO.: 25-02147-JAW**

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Toyota Motor Credit Corporation, a party to a contested matter Miss. Bankr. L.R. 9014(c) makes the following disclosures:

The following entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interests are listed below:

      1.      Toyota Financial Services International Corporation

                                      Respectfully submitted,

                                      **BENNETT LOTTERHOS SULSER**
                                      **& WILSON, P.A.**

                                      <u>/s/ Charles Frank Fair Barbour</u>

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:    (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com