United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-02147-JAW
Amanda Marie Wadford  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: Nov 12, 2025      Form ID: n031      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/codb | + | Amanda Marie Wadford, Michael Coleman Brooks, 5308 Lowery Rd, Vicksburg, MS 39180-5806 |
| 5557804 | + | Merit Health, 794 Estate Place, Memphis, TN 38120 |
| 5557805 | + | Michael Brooks, 1386 Wright Rd, Vicksburg, MS 39180-1289 |
| 5560174 | + | Mutual Credit Union, Leslie R. Sadler, 1612 Mission 66, Suite 1, Vicksburg, MS 39180-3706 |
| 5557810 | + | Roadrunner Account, Attn: Bankruptcy, 5525 N Macarthur Blvd, Ste 660, Irving, TX 75038-2671 |
| 5559088 | | Vicksburg Healthcare, LLC dba Merit Health River R, c/o David L. Mendelson, Esq., Mendelson Law Firm, P.O. Box 17235, Memphis, TN 38187-0235 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5576031 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 12 2025 20:53:08 | AT&T Enterprises, LLC aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5557796 | + | Email/Text: sbridwell@arscollections.com | Nov 12 2025 20:49:00 | Advanced Recovery Syst, P.O. Box 321472, Flowood, MS 39232-1472 |
| 5557797 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 12 2025 20:53:09 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5572258 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 12 2025 20:53:13 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5557798 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 12 2025 20:49:00 | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 5557799 | + | Email/Text: bankruptcy@connexuscu.org | Nov 12 2025 20:49:00 | Connexus Credit Union, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 5557800 | + | Email/Text: bankruptcy@credencerm.com | Nov 12 2025 20:49:00 | Credence Resource, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 5557802 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 12 2025 20:49:00 | Department of Treasury -, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5557801 | + | Email/Text: mrdiscen@discover.com | Nov 12 2025 20:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5557803 | + | Email/Text: ebone.woods@usdoj.gov | Nov 12 2025 20:49:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5557806 | ^ | MEBN | Nov 12 2025 20:47:11 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5557807 | + | Email/Text: chill@mutualcu.org | Nov 12 2025 20:49:00 | Mutual Credit Union, Attn: Bankruptcy, Po Box 25, Vicksburg, MS 39181-0025 |
| 5557808 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 12 2025 20:49:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 12, 2025 | Form ID: n031 | Total Noticed: 30 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5557809 | | ^ MEBN | Nov 12 2025 20:47:29 | Quest Diagnostics, P.O. Box 825, South Windsor, CT 06074-0825 |
| 5585372 | + | Email/Text: bk@roadrunnerfinancial.com | Nov 12 2025 20:48:00 | Roadrunner Financial, Inc., P.O. Box 6506, Carol Stream, Illinois 60197-6506 |
| 5557811 | | ^ MEBN | Nov 12 2025 20:47:29 | Toyota Financial, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 5572111 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 12 2025 20:48:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5557812 | + | Email/Text: bankruptcy@bbandt.com | Nov 12 2025 20:49:00 | Truist Bank, Po Box 849, Wilson, NC 27894-0849 |
| 5563049 | + | Email/Text: bankruptcy@bbandt.com | Nov 12 2025 20:49:00 | Truist Bank, PO Box 1847 / 100-50-01-51, Wilson, NC 27894-1847 |
| 5561841 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 12 2025 20:49:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5557813 | | ^ MEBN | Nov 12 2025 20:47:17 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5557814 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Nov 12 2025 20:49:00 | Vanderbilt Mortgage, Attn: Bankruptcy, Po Box 9800, Maryville, TN 37802-9800 |
| 5564377 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Nov 12 2025 20:49:00 | Vanderbilt Mortgage and Finance, Inc., PO BOX 9800, Maryville, TN 37802-9800 |
| 5557815 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Nov 12 2025 20:53:18 | Wells Fargo, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | Vanderbilt Mortgage and Finance, INC., PO BOX 9800, Maryville, TN 37802-9800 |
| 5583273 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2025           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Nov 12, 2025 | Form ID: n031 | Total Noticed: 30 |

Charles F. F. Barbour
    on behalf of Creditor Toyota Motor Credit Corporation cbarbour@blswlaw.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Amanda Marie Wadford trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
    tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−02147−JAW
**Chapter:** 13

**In re:**

Amanda Marie Wadford
5308 Lowery Rd
Vicksburg, MS 39180

Notice of Entry of Order Confirming Plan

The Court entered an Order on November 12, 2025 (Dkt. # 25 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: November 12, 2025              Danny L. Miller, Clerk of Court