**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN THE MATTER OF | CHAPTER 13: |
| AMANDA MARIE WADFORD | CASE NO. 25-02147-JAW |

**TRUSTEE'S MOTION FOR COURT APPROVAL TO DISBURSE PROCEEDS**

COMES NOW, Kellie Grizzell on behalf of Torri Parker Martin, the duly appointed and qualified Standing Chapter 13 Trustee, and files this Motion for Court Approval to Disburse Proceeds and in support thereof, would show unto the Court the following:

1. The Court confirmed the Debtor's plan on November 12, 2025 (Docket #25).

2. On or about December 2, 2025, and December 3, 2025, the Trustee received proceeds from Toyota Financial Services in the amount of $5,490.26 (2 separate checks: $5,091.51 and $398.75).

3. The Trustee received information from the creditor that the proceeds are from warranty cancellations related to the 2021 GMC Sierra (Claims Register #8-1).

4. After the Trustee's fees, there are proceeds remaining in the amount of $4,941.23.

5. Currently, the Debtor's plan is delinquent ($1,483.74) through December 2025.

6. As a result, the Trustee believes it is in the best interest of the estate for the proceeds to be applied to cure the current plan payment delinquency and disburse funds to increase distribution to timely filed and allowed unsecured creditors up to one hundred (100%) to satisfy the unsecured principal balance.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays this Motion be received and filed and at the hearing hereon, an Order be entered authorizing the Trustee to disburse the proceeds in the amount of $4,941.23 as outlined above and authorizing the Trustee to make all

changes necessary to the plan to bring about the above changes; and any other general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: December 17, 2025

Respectfully submitted,

/s/ Kellie Grizzell
Kellie Grizzell, MSB# 105681
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: KGrizzell@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Kellie Grizzell, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Motion to the following, all by electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney for Debtor:**

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. BOX 13767
Jackson, MS 39236
Office: (601) 500-5533
Email: trollins@therollinsfirm.com

**All Creditors listed on the Plan Matrix**

DATED: December 17, 2025

/s/ Kellie Grizzell
Kellie Grizzell