IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF                                             CHAPTER 13:

AMANDA MARIE WADFORD                        CASE NO. 25-02147-JAW

### ORDER GRANTING TRUSTEE'S MOTION FOR COURT APPROVAL TO DISBURSE PROCEEDS

**THIS MATTER** came before the Court on the Trustee's Motion for Court Approval to Disburse Proceeds (Docket #32). Thus, having fully considered the matter, the Court does hereby order that the Trustee's Motion should be granted.

**IT IS, THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion for Court Approval to Disburse proceeds is hereby granted.

**IT IS, FURTHER ORDERED** that the Trustee is hereby authorized to disburse the remaining proceeds in the amount of $4,941.23 to cure the current plan payment delinquency and to increase distribution to timely filed and allowed unsecured creditors up to one hundred (100%) to be applied to the unsecured principal balance.

##END OF ORDER##

SUBMITTED BY:

/s/ Kellie Grizzell
Kellie Grizzell, MSB# 105681
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: KGrizzell@tpmartinch13.com