# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF                                                                    CHAPTER 13:

AMANDA MARIE WADFORD                                          CASE NO. 25-02147-JAW

TO: TIMELY FILED AND ALLOWED CREDITORS ON PLAN MATRIX

### 21-DAY NOTICE OF TRUSTEE'S MOTION FOR COURT APPROVAL TO DISBURSE PROCEEDS (Docket #32)

**YOU ARE HEREBY NOTIFIED** that a written response on the attached Trustee's Motion for Court Approval to Disburse Proceeds (Docket #32) must be filed with the Clerk, U.S. Bankruptcy Court, 501 East Court Street, Suite 2.300, Jackson, MS 39201; with a copy to the Chapter 13 Trustee, Torri Parker Martin, 200 North Congress Street, Suite 400, Jackson, MS 39201; on or before twenty-one (21) days from the date of this Notice.

If no objection is timely filed, the Court may enter an Order approving the Motion as presented. In the event a written response is filed, a hearing on this motion will be heard as set by the Court.

DATED: December 17, 2025

Respectfully submitted,

/s/ Kellie Grizzell
Kellie Grizzell, MSB# 105681
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: KGrizzell@tpmartinch13.com

**CERTIFICATE OF SERVICE**

I, Kellie Grizzell, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Notice to the following, all by U.S. Mail, postage prepaid, and/or electronic, ECF filing to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney for Debtor:**

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. BOX 13767
Jackson, MS 39236
Office: (601) 500-5533

Email: trollins@therollinsfirm.com

**All Creditors listed on the Plan Matrix**

DATED: December 17, 2025

/s/ Kellie Grizzell
Kellie Grizzell