| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 25-02147-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Tue Dec 16 14:51:07 CST 2025 | Vanderbilt Mortgage and Finance, INC.<br>PO BOX 9800<br>Maryville, TN 37802-9800 | U.S. Bankruptcy Court<br>Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201-5036 |
| AT&T Enterprises, LLC aka AT&T<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Advanced Recovery Syst<br>P.O. Box 321472<br>Flowood, MS 39232-1472 | Affirm, Inc.<br>Attn: Bankruptcy<br>650 California St<br>Fl 12<br>San Francisco, CA 94108-2716 |
| Affirm, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | American Honda Finance<br>Po Box 168128<br>Irving, TX 75016-8128 | Connexus Credit Union<br>Attn: Bankruptcy<br>Po Box 8026<br>Wausau, WI 54402-8026 |
| Credence Resource<br>Attn: Bankruptcy<br>Po Box 2300<br>Southgate, MI 48195-4300 | Department of Treasury -<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Internal Revenue Servi<br>c/o US Attorney<br>501 East Court St<br>Ste 4.430<br>Jackson, MS 39201-5025 | MRS BPO, LLC<br>1930 Olney Ave<br>Cherry Hill, NJ 08003-2016 | Merit Health<br>794 Estate Place<br>Memphis, TN 38120 |
| Michael Brooks<br>1386 Wright Rd<br>Vicksburg, MS 39180-1289 | Mutual Credit Union<br>Attn: Bankruptcy<br>Po Box 25<br>Vicksburg, MS 39181-0025 | Mutual Credit Union<br>Leslie R. Sadler<br>1612 Mission 66, Suite 1<br>Vicksburg, MS 39180-3706 |
| Nelnet<br>Po Box 82561<br>Lincoln, NE 68501-2561 | Quest Diagnostics<br>P.O. Box 825<br>South Windsor, CT 06074-0825 | Roadrunner Account<br>Attn: Bankruptcy<br>5525 N Macarthur Blvd<br>Ste 660<br>Irving, TX 75038-2671 |
| Roadrunner Financial, Inc.<br>P.O. Box 6506<br>Carol Stream, Illinois 60197-6506 | Toyota Financial<br>Attn: Bankruptcy<br>Po Box 22171<br>Tempe, AZ 85285-2171 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Truist Bank<br>PO Box 1847 / 100-50-01-51<br>Wilson, NC 27894-1847 | Truist Bank<br>Po Box 849<br>Wilson, NC 27894-0849 | U.S. Department of Education c/o Nelnet<br>121 S 13th St<br>Lincoln, NE 68508-1904 |
| US Attorney General<br>US Dept of Justice<br>950 Pennsylvania AveNW<br>Washington, DC 20530-0001 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | Vanderbilt Mortgage<br>Attn: Bankruptcy<br>Po Box 9800<br>Maryville, TN 37802-9800 |

```
Vicksburg Healthcare, LLC dba Merit Health R     (p)WELLS FARGO                              Amanda Marie Wadford
c/o David L. Mendelson, Esq.                     P O BOX 9210                                5308 Lowery Rd
Mendelson Law Firm                               DES MOINES IA 50306-9210                    Vicksburg, MS 39180-5806
P.O. Box 17235
Memphis, TN 38187-0235


Michael Coleman Brooks                           Thomas Carl Rollins Jr                      Torri Parker Martin
5308 Lowery Rd.                                  The Rollins Law Firm, PLLC                  Torri Parker Martin, Chapter 13 Bankrupt
Vicksburg, MS 39180-5806                         PO BOX 13767                                200 North Congress Street, Ste. 400
                                                 Jackson, MS 39236-3767                      Jackson, MS 39201-1902



              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Wells Fargo
Attn: Bankruptcy
Po Box 10438
Des Moines, IA 50306




              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Toyota Motor Credit Corporation              (d)Vanderbilt Mortgage and Finance, Inc.     End of Label Matrix
                                                PO BOX 9800                                  Mailable recipients    35
                                                Maryville, TN 37802-9800                     Bypassed recipients     2
                                                                                             Total                  37
```