**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     **Amanda Marie Wadford, Debtor**                    **Case No. 25-02147-JAW**
                                                                                                 **CHAPTER 13**

### RESPONSE

COMES NOW, Debtor, by and through counsel, and responds to Trustee's Motion for

Court Approval to Disburse Proceeds (dk # 32) as follows:

1.  Debtor commenced this case on 08/29/2025 by filing a voluntary petition for relief under

    Chapter 13 of Title 11 of the United States Bankruptcy Code.

2.  Debtor agrees with the disbursement of the proceeds.

    WHEREFORE, Debtor prays for an Order approving the Motion for the Trustee to

disburse the proceeds in the amount of $4,941.23 as outlined in the Motion.

                                        Respectfully submitted,

                    By:      /s/ Thomas C. Rollins, Jr.
                             Thomas C. Rollins, Jr. (MSBN 103469)
                             Attorney for Debtor


Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on December 22, 2025, to:

By Electronic CM/ECF Notice:

Torri P. Martin

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.