___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: January 13, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF** | **CHAPTER 13:** |
| **AMANDA MARIE WADFORD** | **CASE NO. 25-02147-JAW** |

### AGREED ORDER GRANTING TRUSTEE'S MOTION FOR COURT APPROVAL TO DISBURSE PROCEEDS

**THIS MATTER** came before the Court on the Trustee's Motion for Court Approval to Disburse Proceeds (Docket #32) and the Debtor's Response (Docket #34). Thus, having fully considered the matter and finding the parties in agreement, the Court does hereby order that the Trustee's Motion should be granted.

**IT IS, THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion for Court Approval to Disburse proceeds is hereby granted.

**IT IS, FURTHER ORDERED** that the Trustee is hereby authorized to disburse the remaining proceeds in the amount of $4,941.23 to cure the current plan payment delinquency and to increase distribution to timely filed and allowed unsecured creditors up to one hundred (100%) to be applied to the unsecured principal balance.

##END OF ORDER##

| **SUBMITTED BY:** | **AGREED BY:** |
|---|---|
| /s/ Kellie Grizzell | /s/ Thomas C. Rollins, Jr. |
| Kellie Grizzell, MSB# 105681 | Thomas C. Rollins, Jr., MSB# 103469 |
| Staff Attorney for | The Rollins Law Firm, PLLC |
| Standing Chapter Thirteen Trustee | P.O. BOX 13767 |
| Torri Parker Martin, MSB# 103938 | Jackson, MS 39236 |
| 200 North Congress Street, Suite 400 | Office: (601) 500-5533 |
| Jackson, MS 39201 | Email: trollins@therollinsfirm.com |
| Office: (601) 981-9100 | |
| Email: KGrizzell@tpmartinch13.com | |