United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-02147-JAW |
| Amanda Marie Wadford | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jan 13, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**

**Recip ID     Recipient Name and Address**
db          + Amanda Marie Wadford, 5308 Lowery Rd, Vicksburg, MS 39180-5806

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2026                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:

**Name**                         **Email Address**

Charles F. F. Barbour
                                 on behalf of Creditor Toyota Motor Credit Corporation cbarbour@blswlaw.com

Kellie Grizzell
                                 on behalf of Trustee Torri Parker Martin kgrizzell@tpmartinch13.com

Thomas Carl Rollins, Jr
                                 on behalf of Debtor Amanda Marie Wadford trollins@therollinsfirm.com
                                 jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
                                 tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
                                 USTPRegion05.JA.ECF@usdoj.gov

District/off: 0538-3 User: mssbad Page 2 of 2
Date Rcvd: Jan 13, 2026 Form ID: pdf012 Total Noticed: 1
TOTAL: 5



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: January 13, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF                                                                       CHAPTER 13:

**AMANDA MARIE WADFORD**                                             CASE NO. 25-02147-JAW

### AGREED ORDER GRANTING TRUSTEE'S MOTION FOR COURT APPROVAL TO DISBURSE PROCEEDS

**THIS MATTER** came before the Court on the Trustee's Motion for Court Approval to Disburse Proceeds (Docket #32) and the Debtor's Response (Docket #34). Thus, having fully considered the matter and finding the parties in agreement, the Court does hereby order that the Trustee's Motion should be granted.

**IT IS, THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion for Court Approval to Disburse proceeds is hereby granted.

**IT IS, FURTHER ORDERED** that the Trustee is hereby authorized to disburse the remaining proceeds in the amount of $4,941.23 to cure the current plan payment delinquency and to increase distribution to timely filed and allowed unsecured creditors up to one hundred (100%) to be applied to the unsecured principal balance.

##END OF ORDER##

**SUBMITTED BY:**                                                            **AGREED BY:**

/s/ Kellie Grizzell                                                                  /s/ Thomas C. Rollins, Jr.
Kellie Grizzell, MSB# 105681                                           Thomas C. Rollins, Jr., MSB# 103469
Staff Attorney for                                                                The Rollins Law Firm, PLLC
Standing Chapter Thirteen Trustee                                 P.O. BOX 13767
Torri Parker Martin, MSB# 103938                                 Jackson, MS 39236
200 North Congress Street, Suite 400                          Office: (601) 500-5533
Jackson, MS 39201                                                            Email: trollins@therollinsfirm.com
Office: (601) 981-9100
Email: KGrizzell@tpmartinch13.com