___



**SO ORDERED,**

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: March 6, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Amanda Marie Wadford, Debtor                    Case No. 25-02147-JAW
                                                         CHAPTER 13

## ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (DK # 42 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. The plan payment is lowered to reduce the payment to $1,934.00 or a higher amount to pay priority and secured claims as provided for in the Confirmed Plan. This Order binds those creditors and parties in interest that have been properly served. Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists. Debtor must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR